# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BLAKE HALLMAN**                                                                                          **PLAINTIFF**

**V.**                         **NO. 4:21-CV-00067-JM-ERE**

**SUSAN POTTS and**
**MARK GOLBER**                                                              **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommendation for dismissal has been sent to Judge James M. Moody Jr. The parties may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, the parties may waive the right to appeal questions of fact.

**II.**     **Discussion**

Mr. Hallman was an inmate at the Drew County Detention Facility when he filed this civil rights lawsuit on January 25, 2021. *Doc. 2.* Defendants previously notified the Court that mail they sent to Mr. Hallman was returned as "undeliverable" with a notation that Mr. Hallman is "no longer at this address." *Doc. 14-2.* The local

rules require pro se plaintiffs to promptly notify the Court of any change in address so that the Court and other parties can communicate with them. Local Rule 5.5(c)(2).

On April 29, 2021, the Court ordered Mr. Hallman to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 15*. To date, he has not responded to the Court's April 29 Order. Meanwhile, additional items of mail sent to Mr. Hallman have been returned to the Court as "undeliverable." *Docs. 16, 17, 18*.

### III.   Conclusion

The Court recommends that Mr. Hallman's claims be DISMISSED, without prejudice, based on his failure to comply with the April 29 Order to notify the Court of his current address and his failure to prosecute this lawsuit.

DATED this 7 day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE