IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BLAKE HALLMAN                                                                                          PLAINTIFF

V.                               NO. 4:21-CV-00067-JM-ERE

SUSAN POTTS and
MARK GOLBER                                                                                          DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Hallman's claims are DISMISSED, without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local rule 5.5(c)(2). It is certified that an in forma pauperis appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 25th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE