IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BLAKE HALLMAN                                                                                   PLAINTIFF

V.                              NO. 4:21-CV-00067-JM-ERE

SUSAN POTTS and
MARK GOLBER                                                                                   DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 25th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE